# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jose Alonzo Corpus,
Plaintiff,

v.

Tony Bennett,
Defendant.

**COURT MINUTES**
Case Number: 01cv2060

| | |
|---|---|
| Date: | May 12, 2004 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 7.0 Hours & 0 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Ross L. Leuning
For Defendant: Jon K. Iverson & Jason J. Kuboushek

## PROCEEDINGS:

: **Jury Selection.**
: **JURY Trial - Began**.
9 **JURY Trial - Ended**
: Jury impaneled (File list of jurors).
: Opening statements.
9 **JURY Trial Held.**
: Trial continued to Thursday, May 13, 2004 at 9 a.m.
: Plaintiff's witnesses: Lowell Tony Bennett and Jose A. Corpus.
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
 9 Plaintiff
 9 Defendant

9 Court's Ruling:
 9 Judgment in favor of Plaintiff.
 9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Connie L. Baker
Signature of Calendar Clerk