# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jose Alonzo Corpus,
Plaintiff,

v.

Tony Bennett,
Defendant.

## COURT MINUTES
Case Number: 01cv2060(DSD/SRN)

Date: May 13, 3004
Court Reporter: Lorilee Fink
Time Commenced: 9:00 a.m.
Time Concluded: 5:00 p.m.
Time in Court: 6 Hours & 30 Minutes

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Ross L. Leuning
For Defendant: Jon K. Iverson & Jason J. Kuboushek

## PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
9 **JURY Trial Held.**
: Trial continued to Monday, May 17, 2004 at 9:00 a.m.. Charge conference: Friday, May 14, 2004.
: Plaintiff's witnesses: Continued testimony of Jose A. Corpus & Elizabeth Corpus.
: Defendant's witnesses: David D. Tietz
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.
9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Connie L. Baker
Signature of Calendar Clerk