# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jose Alonzo Corpus,
Plaintiff,
v.
Tony Bennett,
Defendant.

## COURT MINUTES
Case Number: 01cv2060(DSD/SRN)

| | |
|---|---|
| Date: | May 17, 2004 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 7 Hours & 0 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Ross L. Leuning
For Defendant: Jon K. Iverson & Jason J. Kuboushek

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
9 **JURY Trial Held.**
: Trial continued to Tuesday, May 18, 2004 at 9:00 a.m.
: Plaintiff's witnesses: Jose Alonzo Corpus (continued), Dr. Francisco Gomez (deposition), Cynthia Gonzales (interpreter: Garciela Gonzalez) & Michael Taggart (deposition). Rebuttal witness: Jose A. Corpus recalled.
: Defendant's witnesses: Esperanza Reyes & Russell Alves (affidavits read); Carla Mador, Jeff Thelemann, John Harmon & Dr. Vern Olmanson (deposition).
: Plaintiff rests. : Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.
9 Judgment in favor of Defendant.

IT IS ORDERED:

- : Oral motion to dismiss for judgment as a matter of law - argued & denied.
- 9 Clerk to file Verdict and enter Judgment.
- 9 Clerk to file Verdict, but withhold entry of Judgment until further order.
- 9 Clerk to file Order.
- 9 Clerk to file Order and enter Judgment.
- 9 Clerk to enter Judgment.
- 9 Written order forthcoming.
- 9 Case submitted.

CLERK'S USE ONLY:

- 9 Number of trial days with evidence - .

s/Connie L. Baker
Signature of Calendar Clerk