# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jose Alonzo Corpus,
Plaintiff,

v.

Tony Bennett,
Defendant.

**COURT MINUTES**
Case Number: 01cv2060(DSD/SRN

| | |
|---|---|
| Date: | May 18, 2004 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 11:00 a.m. |
| Time in Court: | 3 Hours & 0 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Ross L. Leuning
For Defendant: Jon K. Iverson & Jason J. Kuboushek

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
9 **JURY Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses:
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
: Closing arguments.
: Jury received case at 11:00 a.m..
: Jury resumed deliberations on 11:05 p.m. Juror: John F. Klatt excused.
: Jury questions received.
9 Verdict Rec'd at for:
  9 Plaintiff
  9 Defendant

9 Court's Ruling:
  9 Judgment in favor of Plaintiff.
  9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.

9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Connie L. Baker
Signature of Calendar Clerk