Corpus v. Bennett
Civil No. 01-2060(DSD/SRN
5/18/2004

**JURY QUESTION NO. 1**

5/18/04
11:30 a.m.

Do we have the original photos taken of Jose Corpus. If not, can we have them.

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

Corpus v. Bennett
Civil No. 01-2060(DSD/SRN)

May 18, 2004
11:30 a.m.

In response to the jury's question, the court provides the following answer:

Question:

Do we have the original photos taken of Jose Corpus.

Answer:

The original photos are not available.

s/David S. Doty
David S. Doty, Judge
United States District Court