Corpus v. Bennett
Civil No. 01-2060(DSD/SRN
5/18/2004

**JURY QUESTION NO. 2**

5-18-2004
12:40 p.m.

Sirs -

I'm wondering weather or not I could make a phone call to my home. My wife could have gone to the hospital to-day - She has a heart Blockage problem.

thank you

John F. Klatt

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

<u>Corpus v. Bennett</u>
Civil No. 01-2060(DSD/SRN)

May 18, 2004
1:16 p.m.

In response to the jury's question, the court provides the following answer:

Question:

I'm wondering whether or not I could make a phone call to my home. My wife could have gone to the hospital today - she has a heart blockage problem. Thank you. John F. Klatt.

Answer:

Yes. Please make your phone call in the presence of the bailiff.

s/David S. Doty
David S. Doty, Judge
United States District Court