Corpus v. Bennett
Civil No. 01-2060(DSD/SRN
5/18/2004

**JURY QUESTION NO. 3**

Dear Sir
I found out when I called home--
my wife is going To Mercy Hosptial
Today. To have an angy gram.
I'm wondering weather or not
I could get excused--

J— F. Klatt

5-18-04
1:32 p.m.

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

Corpus v. Bennett
Civil No. 01-2060(DSD/SRN)

May 18, 2004
1:45 p.m.

In response to the jury's question, the court provides the following answer:

Question:

I found out when I called home - my wife is going to Mercy Hospital today to have an angy gram. I'm wondering whether or not I could get excused. John F. Klatt

Answer:

By stipulation of the parties, you are excused.

s/David S. Doty
David S. Doty, Judge
United States District Court