Corpus v. Bennett
Civil No. 01-2060(DSD/SRN
5/19/2004

**JURY QUESTION NO. 4**

5/19/04 11:05 a.m.
The jury has reached agreement on all questions before it save for a difference of opinion on amount of compensation. Ten jurors are at one amount and one juror refuses to accept this amount. The difference is negligible, but, because of what has happened in the jury room people are deadlocked and will not change positions.
Is there any advice or guidance the court can offer on how to resolve this dispute??

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

Corpus v. Bennett
Civil No. 01-2060(DSD/SRN)

May 19, 2004
12:00 p.m.

In response to the jury's question, the court provides the following answer:

Question:

The jury has reached agreement on all questions before it save for a difference of opinion an amount of compensation. Ten jurors are at one amount and one juror refuses to accept this amount. The difference is negligible, but, because of what has happened in the jury room people are deadlocked and will not change positions. Is there any advice or guidance the court can offer on how to resolve this dispute?

Answer:

You have been chosen as jurors to resolve the issues in this case. Please continue to deliberate.

s/David S. Doty
David S. Doty, Judge
United States District Court