Corpus v. Bennett
Civil No. 01-2060(DSD/SRN)
5/19/2004

**JURY QUESTION NO. 5**

5/19/04
12:45 pm 2:

Statement

10 people of the jury believe that the juror in disaggrement of compensation should negotiate so [redacted] to come to [redacted] decision due to that is how society operates.

Some of the jury believes the juror in disaggrement is either a tyrant or holding the rest of the jury hostage or being uncooportive.

The jurist believes she/he is [redacted] serving justice.

Question: Could you give a response under the law?

The note in this envelope is from the one hold out ~~the~~ person in they jury,

~~[signature]~~

5/19/04
12:45

SCANNED
9 2004
DISTRICT COURT MPLS

Corpus v. Bennett
Civil No. 01-2060(DSD/SRN)

May 19, 2004
2:00 p.m.

In response to the jury's question, the court provides the following answer:

Statement:

10 people of the jury believe that the juror in disaggrement [sic] of compensation should negotiate so the jury is able to come to a decision due to that is how society operates. Some of the jury believes the juror in disaggreement [sic] is either a tyrarnist [sic] or holding the rest of the jury hostige [sic] or being uncoorportive [sic]. The jurist believe she/he is serving justice.

Question:

Could you give a response under the law?

Answer:

You may conduct your deliberations as you choose. However, I suggest that each of you now carefully reconsider all the evidence bearing upon the questions before you. To bring eleven minds to a unanimous result you must each examine the questions submitted to you openly and frankly, with proper regard for the opinions of others and with disposition to re-examine your own views. You may take all the time that you feel is necessary.

s/David S. Doty
David S. Doty, Judge
United States District Court