UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2060(DSD/SRN)

Jose Alonzo Corpus,

Plaintiff,

v. **SPECIAL VERDICT FORM**

Tony Bennett,

Defendant.

We, the jury in the above entitled action, return the following answers to the questions presented to us:

1. Did defendant Tony Bennett use excessive force upon plaintiff Jose Corpus on November 18, 1995?

Yes X No ______

**Note:** If you answered "yes" to Question 1, please continue completing the Special Verdict Form. If you answered "no" to Question 1, **do not** proceed further. Have your foreperson sign and date this Special Verdict Form, as you have completed your deliberations.

2. If your answer to Question No. 1 was "yes," then answer this question: Was the use of excessive force by defendant Tony Bennett a direct cause of injuries to plaintiff Jose Corpus?

Yes ______ No X

**Note:** If you answered "yes" to Question 2, please skip Question 3 and proceed to Question 4. If you answered "no" to Question 2, please answer Question 3.

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

3. If defendant Tony Bennett's use of excessive force was not a direct cause of substantial injuries to plaintiff Jose Corpus, what nominal sum of money will fairly and adequately compensate plaintiff Jose Corpus for the deprivation of his constitutional rights?

$ 75,000.00

**Note:** If you answered Question 3, do not answer Questions 4 and 5. Have your foreperson sign and date this Verdict Form as you have concluded your deliberations.

4. If you answered "yes" to Question 2, what sum of money will fairly and adequately compensate plaintiff Jose Corpus for the injuries he claims to have sustained on November 18, 1995, up through the date of trial, for:

(a) past pain, disability and emotional distress?

$__________________

(b) past medical expenses?

$__________________

(c) past lost wages?

$__________________

5. What sum of money will fairly and adequately compensate plaintiff Jose Corpus for the injuries he claims to have sustained on November 18, 1995, for such future damages as are reasonably certain to occur:

(a) future pain, disability and emotional distress?

$ ____________________

(b) future medical expenses?

$ ____________________

(c) lost earning capacity?

$ ____________________

Dated: May 19, 2004

Alan H Meister
(Foreperson)