RECEIVED MAY 19 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

Jose Alonzo Corpus,

Plaintiff,

vs.

Tony Bennett,

Defendant.

Case No. CV 01-2060 DSD/SRN

**DEFENDANT'S WITNESS LIST**

| Presiding Judge<br>The Honorable David S. Doty | Plaintiff's Attorney<br>**Ross Leuning** | Defendant's Attorney<br>**Jon K. Iverson / Jason J. Kuboushek** |
|---|---|---|
| Trial Date(s)<br>5/12/04 - 5/19/04 | Court Reporter<br>Lorilee Fink | Courtroom Deputy<br>Connie L Baker |

| Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | 5/12/04 | | | Tony Bennett<br>1076 Cottonwood Drive<br>Hudson, WI 54016<br><br>Jailer Bennett will testify about the November 18, 1995, incident with Jose Corpus. He will also testify about the jail policy and procedure manual in place at the time of the incident. |
| | | 5/13/04 | | | Deputy David Tietz<br>130 South Park<br>Le Center, MN 56057<br><br>Deputy Tietz will testify about his investigation of the November 18, 1995 incident between Jailer Bennett and Jose Corpus. |
| | | 5/17/04 | | | Jailer Jeff Thelemann<br>130 South Park<br>Le Center, MN 56057 |

SCANNED
MAY 20 2004
U.S. DISTRICT COURT MPLS

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jailer Thelemann will testify about Jose Corpus's report of the November 18, 1995 incident. |
| | | 5/17/04 | | | Carla Mador<br>130 South Park<br>Le Center, MN 56057<br><br>Ms. Mador was dispatching at the time of the November 18, 1995, incident. She will testify about what she heard. |
| | | | | | LeCenter Police Officer Dan Steffens<br>10 E Tyrone St.<br>LeCenter, MN 56057<br><br>Officer Steffens will testify about walking in at the end of the November 18, 1995, incident between Jailer Bennett and Jose Corpus. |
| | | 5/17/04 via deposition | | | Dr. Vern Olmanson<br>41230 Old Minnesota Avenue<br>St. Peter, MN 56082<br><br>Dr. Olmanson will testify about seeing Jose Corpus on November 20, 1995, in the LeCenter Clinic. Mr. Corpus was brought in for an evaluation of his injuries from the November 18, 1995, incident. |
| | | | | | Faribault Police Officer Tony Kuchinka<br>208 1st Avenue NW<br>Faribault, MN 55021<br><br>Officer Kuchinka will testify about a July 16, 2002, incident between the Faribault Police Department and Jose Corpus. Mr. Corpus threw a glass at Officer Kuchinka and pushed him. |
| | | 5/17/04 | | | Faribault Police Officer John Harmon<br>208 1st Avenue NW<br>Faribault, MN 55021<br><br>Officer Howard was a witness to the July 16, 2002, incident. He also overheard a conversation between Officer Kuchinka and Jose Corpus. |
| | | | | | Mr. Elvin V. Halverson<br>Human Resource Manager |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Owatonna Canning Co.<br><br>Mr. Halverson will testify about Mr. Corpus' employment file. |
| | | | | | Mary Wagner<br>HR Coordinator<br>Faribault Foods, Inc.<br>128 15th Street NW<br>Faribault, MN 55021<br><br>Ms. Wagner will testify about Mr. Corpus' employment file. |
| | | | | | |

This defendant reserves the right to call any witness listed by Plaintiff and any other rebuttal witness not listed above for purposes of rebuttal, and other witnesses, if necessary, to provide proper foundation for medical records, photographs, and documentary evidence to the extent not stipulated prior to trial.

Respectfully submitted,

Dated: April 30, 2004

IVERSON REUVERS, LLC

By_______________

Jon K. Iverson, #146389
Jason J. Kuboushek, I.D. #304037
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200