RECEIVED MAY 12 2004

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jose Alonzo Corpus,

Plaintiff,

vs.

Tony Bennett,

Defendant.

Case No. CV 01-2060 DSD/SRN

**DEFENDANT'S AMENDED EXHIBIT LIST**

| Presiding Judge<br>The Honorable David S. Doty | Plaintiff's Attorney<br><br>**Ross Leuning** | Defendant's Attorney<br><br>**Jon K. Iverson / Jason J. Kuboushek** |
|---|---|---|
| Trial Date(s) | Court Reporter | Courtroom Deputy |

| Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| D#1A | | | | | 11/20/95 Photograph of Jose Corpus |
| D#1B | | | | | 11/20/95 Photograph of Jose Corpus |
| D#1C | | | | | 11/20/95 Photograph of Jose Corpus |
| D#1D | | | | | 11/20/95 Photograph of Jose Corpus |
| D#1E | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2A | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2B | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2C | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2D | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2E | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2F | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2G | | | | | 11/20/95 Photograph of Jose Corpus |
| D#2H | | | | | 11/20/95 Photograph of Jose Corpus |
| D#3 | | | | | 11/20/95 Taped Statement of Jose Corpus |
| D#4 | | 5/13/04 | ✓ | ✓ | Jose Corpus' employment records from Midwest Foods, Inc. |
| D#5 | | 5/13/04 | ✓ | ✓ | Jose Corpus' employment records from Faribault Foods |
| D#6 | | 5/13/04 | ✓ | ✓ | Jose Corpus' employment records from Owatonna Canning Company |

SCANNED
MAY 20 2004
U.S. DISTRICT COURT MPLS

| | | | | | |
|---|---|---|---|---|---|
| D#7 | | | | | Rice County Sheriff Department records |
| D#8 | | | | | Order for Protection documents in Elizabeth Corpus v. Jose Corpus |
| D#9A | | | | | Charge of Discrimination – *Corpus v. Owatonna Canning Co.* |
| D#9B | | 5/13/04 | ✓ | ✓ | Dismissal of Charge – *Corpus v. Owatonna Canning Co.* |
| D#9C | | | | | Transcript of Testimony before Economic Security – *Corpus v. Owatonna Canning Co.* |
| D#9D | | 5/13/04 | ✓ | ✓ | Dept. of Economic Security Notice of Findings of Fact & Decision – *Corpus v. Owatonna Canning Co.* |
| D#9E | | 5/13/04 | ✓ | ✓ | Summons and Complaint – *Corpus v. Owatonna Canning Co.* |
| D#9F | | | | | Initial Disclosures – *Corpus v. Owatonna Canning Co.* |
| D#9G | | | | | Answers to Interrogatories – *Corpus v. Owatonna Canning Co.* |
| D#9H | | | | | Deposition exhibits - *Corpus v. Owatonna Canning Co.*, Ct. No. 98-599 |
| D#10 | | | | | Jailer Bennett's 11/18/95 report of incident |
| D#11 | | | ✓ | ✓ | 11/18/95 LeSueur County Jail Log |
| D#12 | | | | | 1995 LeSueur County Jail Policy & Procedure Manual |
| D#13 | | | ✓ | ✓ | Affidavit of Esperanza Reyes |
| D#14 | | | ✓ | ✓ | Affidavit of Russell Alves |
| D#15 | | 5/12/04 | ✓ | ✓ | |
| D#17 | | 5/17/04 | ✓ | ✓ | |

Defendant reserves the right to introduce any other exhibits or documents known or discovered prior to the time of the trial of this matter.

Respectfully submitted,

Dated: May 11, 2004.

IVERSON REUVERS, LLC

By [signature]

Jon K. Iverson, #146389
Jason J. Kuboushek, I.D. #304037
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200