UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jose Alonzo Corpus,

Plaintiff,

vs.

Tony Bennett,

Defendant.

Case No. CV 01-2060 DSD/SRN

**JOINT EXHIBIT LIST**

| Presiding Judge<br>The Honorable David S. Doty | Plaintiff's Attorney<br><br>**Ross Leuning** | Defendant's Attorney<br><br>**Jon K. Iverson / Jason J. Kuboushek** |
|---|---|---|
| Trial Date(s) | Court Reporter | Courtroom Deputy |

| Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| P/D#1A | | 5/17/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#1B | | 5/17/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#1C | | 5/17/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#1D | | 5/17/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#1E | | 5/17/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2A | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2B | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2C | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2D | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2E | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2F | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2G | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#2H | | 5/13/04 | ✓ | ✓ | 11/20/95 Photograph of Jose Corpus |
| P/D#3 | | 5/13/04 | ✓ | ✓ | 11/20/95 Taped Statement of Jose Corpus |
| P/D#4 | | | | | Jose Corpus' employment records from Midwest Foods, Inc. |
| P/D#5 | | | | | Jose Corpus' employment records from Faribault Foods |
| P/D#6 | | | | | Jose Corpus' employment records from Owatonna Canning Company |
| P/D#10 | | 5/12/04 | ✓ | ✓ | Jailer Bennett's 11/18/95 report of incident |

SCANNED
MAY 20 2004
U.S. DISTRICT COURT MPLS

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and Jose Corpus' jail file |
| P/D#11 | | 5/12/04 | ✓ | ✓ | 11/18/95 – 11/20/95 LeSueur County Jail Log |
| P/D#12 | | 5/12/04 | ✓ | ✓ | 1995 LeSueur County Jail Policy & Procedure Manual |
| D#13 | | | | | |
| D#14 | | | | | |
| D#15 | | | ✓ | ✓ | Photographs of Jail Keys |
| π/D 16 a–f | | 5/13/04 | ✓ | ✓ | · medical report/request – 2 pg<br>· Owatonna Clinic records – 6<br>· Faribault Clinic – 8<br>· ortho + Fracture – 10<br>· Inst Low Back – 8<br>· [illegible] 9/28/99 – 3/6/03 – 56 |

5/13/04 πx 39 ✓ ✓ SS Income summary

~~πx [illegible] ✓ ✓ Outcome~~

πx 12 Report of Batty

πx 16 (not rec'd)

5/17/04 πx 6 Taggart record notes

5/17/04 πx 2 ✓ ✓