**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Jose Alonzo Corpus,**

**Plaintiff,**

**vs.**

**Tony Bennett,**

**Defendant.**

**Case No.: CV 01-2060 DSD/SRN**

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A NEW TRIAL**

---

**TO: The Court above-named and to Jon Iverson and Jason J. Kuboushek, 9321 Ensign Avenue South, Bloomington, MN 55438, attorneys for Defendant:**

**YOU WILL PLEASE TAKE NOTICE,** that the Plaintiff will then and there make the motions set out below before the Hon. David Doty.

Dated this 3rd day of June, 2004.

**WALBRAN, FURNESS & LEUNING**

By: s/Ross L. Leuning______________
Ross L. Leuning #198110
Attorney for Plaintiff
140 East Main Street, PO Box 273
Owatonna, MN 55060
(507)451-1173

Pursuant to Federal Rule of Civil Procedure 50 and 59, Plaintiff hereby moves the court to grant a new trial or judgment as a matter of law on the following grounds:

1) The Special Verdict Finding #2, that the constitutional violations of November 18, 1995 are not a direct cause of Plaintiff's injuries and medical care thereafter, is contrary to the evidence and a new trial is the proper remedy.

2) The uncontradicted medical evidence supports a causal connection between the November 18, 1995 incident and the subsequent back care treatment and a judgment as a matter of law setting aside the jury's answer to special verdict finding #2, and reinstating the $75,000.00 award as general damages is the proper remedy.

3) The admission of testimony regarding Plaintiff's other involvement with law enforcement was unduly prejudicial and impaired the jury's ability to analyze the issues before it and a new trial is the proper remedy.

Dated: June 3, 2004.

**WALBRAN, FURNESS & LEUNING**

By: s/Ross L. Leuning

Ross L. Leuning #198110
Attorney for Plaintiff
140 East Main St., PO Box 273
Owatonna, MN 55060
(507)451-1173