**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2004, I caused the following documents:

Memorandum in Opposition to Plaintiff's Motion for New Trial

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jason J. Kuboushek
Jon K. Iverson
Ross Leuning

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: June 16, 2004

IVERSON REUVERS, LLC

By s/Jason J. Kuboushek
Jason J. Kuboushek, #304037
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952 548-7200