# Social Security
# Benefit Information

From: SOCIAL SECURITY ADMINISTRATION

Refer To: **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 A**

406 SOUTH TEXAS DR
EAGLE PASS, TX 78852

Date: April 28 2004

JOSE A CORPUS
2687 COMMISSARY AVE
EAGLE PASS TX 78852-3619

Information about a person's Social Security benefits is confidential by law. Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the beneficiary involved, or his or her authorized representative.

Attached is the information you requested about your benefits. The attachment is an official record of your Social Security and/or Supplemental Security Income benefits as of the date of this letter. You may use the attached information for proof of benefits.

If you have any questions concerning this official record, please contact your local Social Security Office.

Sylvia Serrano

SYLVIA SERRANO
Manager

**NAME:** JOSE A CORPUS **SSN:** 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

| | Social Security Disability Insurance (SSDI) | | Supplemental Security Income (SSI) |
|---|---|---|---|
| **RECORD** | **See Below** | | **See Below** |
| **CASH** | | | |
| Type of Benefit | **Disabled Worker** | | **Disabled Individual** |
| Current Status | **Current Pay** | | **Terminated** |
| Statutory Blindness | **No** | | |
| Date of Entitlement | **06/02** | | |
| Full Amount | **$897.30** | | **$0.00** |
| Net Amount | **$830.00** | | **$0.00** |
| Others Paid On This Record | **Yes** | | **No** |
| Total Family Cash Benefit | **$1,345.80** | | **$0.00** |
| Overpayment Balance | **$0.00** | | **None** |
| Monthly Amount Withheld | **$0.00** | | |
| **HEALTH INSURANCE** | Hospital | Medical | Medicaid Information |
| Date of Coverage | **06/2004** | **06/2004** | **State determination** |
| Premium Amounts | **$0.00** | **$66.60** | |
| State Premium Buy-In | **No** | | |
| **MEDICAL REVIEWS** | | | |
| Next Scheduled Medical Revie | **03/03** | | |
| Medical Re-exam Cycle | **S+ years** | | |

SSA-2459
July 2001

**Date Produced: 4/28/04**

**NAME:** JOSE A CORPUS **SSN:** 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

| | Social Security Disability Insurance (SSDI) | Supplemental Security Income (SSI) |
|---|---|---|
| RECORD | See Below | See Below |
| **REPRESENTATION** | | |
| Representative Payee | No | |
| Authorized Representative | No | |

**SSDI WORK ACTIVITY**

Trial Work Months **Start:** **End:** **Used:**

Month of Cessation **N/A**

Current SGA Level **$810.00**

**SSI WORK EXCLUSIONS**

Blind Work Expenses

Impairment Related Work Expenses

Student Earned Income Exclusions

PASS Exclusion

**RECENT EARNINGS ON RECORD**

| YEAR | EARNINGS | YEAR | EARNINGS | MONTHS | EARNINGS | MONTHS | EARNINGS |
|---|---|---|---|---|---|---|---|
| 1989 | $565.16 | 1990 | $5,415.28 | | | | |
| 1991 | $7,194.45 | 1992 | $6,672.92 | | | | |
| 1993 | $4,070.77 | 1994 | $12,217.91 | | | | |
| 1995 | $19,239.40 | 1996 | $17,813.56 | | | | |
| 1997 | $15,434.12 | 1998 | $21,330.47 | | | | |
| 1999 | $20,238.29 | 2000 | $32.08 | | | | |
| 2001 | $5,145.94 | | | | | | |

(E)=Estimated Earnings (V)=Verified Earnings

Query : OQA Query Master

********************************

--- MBR Translation of the Disability Investigation Data Segment for 525-55-301
---

DIB INV DIG-2960 SDIG-7240

DIG: Primary Diagnosis Code = 2960: Mood Disorders

SDIG: Secondary Diagnostic Code = 7240: Disorders of Back (discogenic and degene
rative)