UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
04 JUN 25 PM 2:43
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MN

Civil No. 01-2060 (DSD/SRN)

Jose Alonzo Corpus

v.

Tony Bennet

NOTICE OF APPEAL

JOSE Alonzo Corpus, herby appears, Eighth Circuit Court of Appeals, Judge David S. Doty Order of Judgment and Remittitur dated May 25, 2004.

June 25, 2004

Jose Alonzo Corpus
1325 Summer lane
Faribault, MN 55021

Truly yours,

Jose Alonzo Corpus

Jose Alonzo Corpus

SCANNED
JUN 25 2004
U.S. DISTRICT COURT MPLS