June 29, 2004
Case Number: 04-2603

District Court/Agency Case Number(s): CIV 01-2060 DSD/SRN

JOSE ALONZO CORPUS

Plaintiff - Appellant

v.

TONY BENNETT

Defendant - Appellee

(5072-010199)

SCANNED
JUN 30 2004
U.S. DISTRICT COURT MPLS