UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2060(DSD/SRN)

Jose Alonzo Corpus,

Plaintiff,

v. **ORDER**

Tony Bennett,

Defendant.

This matter is before the court upon plaintiff's pro se application to proceed on appeal without prepayment of fees. For the following reason, the application is denied.

Plaintiff filed notice of appeal following the outcome of trial. [Docket No. 60]. It is clear that plaintiff wishes to proceed on appeal in forma pauperis ("IFP"). Rule 24 of the Federal Rules of Appellate Procedures sets forth the requirements for obtaining leave to proceed IFP. Pursuant to the rule, plaintiff must file a motion with the district court, accompanied by an affidavit that "*shows in the detail prescribed by Form 4 of the Appendix of Forms* the party's inability to pay or to give security for fees and costs." Fed. R. App. P. 24(a)(1)(A) (emphasis added). He must also claim entitlement to redress and state the issues he intends to present on appeal. Fed. R. App. P. 24(a)(1)(B) & (C).

Plaintiff has submitted a form entitled "Application to Proceed Without Prepayment of Fees." If plaintiff is granted IFP status, he will be automatically entitled to proceed on appeal without prepayment of fees. See Fed. R. App. P. 24(a)(2). However, the form plaintiff has submitted does not show his inability to pay "in the detail prescribed by Form 4 of the Appendix of Forms." Fed. R. App. P. 24(a)(1)(A). Accordingly, the application is denied, with leave to reapply in accordance with the requirements of Fed. R. App. P. 24.

Based on the file and record in this matter, and for the reasons stated, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, captioned "application for leave to proceed without prepayment of fees" [Docket No. 61] is denied.

2. Plaintiff may reapply for leave to proceed in forma pauperis by proper motion presented in the form and manner prescribed by the rules of the circuit.

Dated: July 19, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court