# UNITED STATES DISTRICT COURT

## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL INFORMATION SHEET

**Date:** July 21, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Heather Labat, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-2060 DSD/SRN
Eighth Circuit Case No.: 04-2603
Case Title: Jose Corpus v Tony Bennett

---

TRANSMITTED HEREWITH:

9 Original File(s), consisting of file(s).

: Two certified copies, and one uncertified copy of updated docket sheet from 11/13/01

9 Designated Clerk's Record #

: Other: Order denying Plaintiff's application for IFP

9 Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________

Modified 05/09/03