**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE OF MOTION DOCUMENTS

**I hereby certify that on July 22, 2004, I caused the following documents:**

**Plaintiff's Notice of Motion and Motion for a New Trial and Memorandum of Law**

**to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:**

**Jason J. Kuboushek**
**jkuboushek@iversonlaw.com**

**I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:**

**N/A**

**Dated: June 3, 2004**

**WALBRAN, FURNESS & LEUNING**

**By: s/Ross L. Leuning**

**Ross L. Leuning (#198110)**
**Attorneys for Plaintiff Corpus**
**140 East Main Street**
**P.O. Box 273**
**Owatonna, MN 55060**
**(507) 451-1173**
**Fax: (507) 451-8916**
**rleuning@walbranlaw.com**