UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2060(DSD/SRN)

Jose Alonzo Corpus,

Plaintiff,

v. **ORDER**

Tony Bennett,

Respondent.

This matter is before the court upon plaintiff's renewed motion and affidavit for permission to appeal in forma pauperis ("IFP").

A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status under 28 U.S.C. § 1915. See also Fed. R. App. P. 24(a). To qualify for IFP status, the litigant must demonstrate that he or she cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). Even if a litigant is found to be indigent, however, IFP status will be denied if the court finds that the litigant's appeal is not taken in "good faith." 28 U.S.C. § 1915(a)(3). Good faith in this context is judged by an objective standard and not by the subjective beliefs of the appellant. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). To determine whether an appeal is taken in good faith, the court must decide whether the claims to be decided on appeal are factually or legally frivolous. Id. An

appeal is frivolous, and therefore cannot be taken in good faith, "where it lacks an arguable basis in either law or in fact." Nietzke v. Williams, 490 U.S. 319, 325 (1989).

In this case, plaintiff's IFP application shows that he receives income solely from social security disability benefits. After deducting monthly expenses, plaintiff has less than $180 monthly disposable income. At present, plaintiff claims to have $0 cash. Based upon the information reported in plaintiff's IFP application, the court is satisfied that he is financially eligible for IFP status.

Furthermore, while the court does not believe that plaintiff has any meritorious grounds for an appeal, the court is not prepared to say that his appeal is "frivolous," as that term has been defined by the Supreme Court. Therefore, plaintiff's appeal is found to be taken in "good faith" for purposes of 28 U.S.C. § 1915(a)(3), and his IFP application is granted.

Accordingly, based upon the foregoing, and all of the files and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's application to proceed in forma pauperis (Docket No. 69) is granted.

Dated: August 20, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court