# UNITED STATES DISTRICT COURT

District of Minnesota

Jose Alonzo Corpus

V.

Tony Bennett

## BILL OF COSTS

Case Number: 01-2060 (DSD/SRN)

Judgment having been entered in the above entitled action on 05/25/04 (Date) against Jose Alonzo Corpus, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 45.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,959.25 |
| Fees and disbursements for printing | 193.70 |
| Fees for witnesses (itemize on reverse side) | 50.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 542.44 |
| Docket fees under 28 U.S.C. 1923 | 32.50 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 163.00 |
| Other costs (please itemize): Independent Medical Examination | 0.00 |
| **TOTAL** | **$ 2,985.89** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid Paul Engh and Ross L. Leuning.

Signature of s/Jason J. Kuboushek

Name of Jason J. Kuboushek

For: Tony Bennett (Name of Claiming Party) Date: February 10, 2006

Costs are taxed in the amount of ____________________ and included in the judgment.

Clerk of Court By: Deputy Clerk Date