UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs. **AFFIDAVIT OF COSTS AND DISBURSEMENTS**

Tony Bennet,

Defendant.

---

STATE OF MINNESOTA )
)ss.
COUNTY OF SCOTT )

I, Jason Kuboushek, being duly sworn upon oath, do hereby depose and state that:

1. I am the attorney for Defendant in the captioned matter.

2. That the business and occupation of judgment debtor Jose Alonzo Corpus is as follows:

   Service provider at Lopez Health Systems, Eagle Pass, TX

3. That the place of residence of said judgment debtor is as follows:

   2681 Commissary
   Eagle Pass, Texas, 78852

4. That attached as Exhibit A is a copy of the Judgment dated May 26, 2004.

5. That attached as Exhibit B is a copy of Defendant's Rule 68 Offer of Judgment dated April 28, 2004.

6. That attached as Exhibit C is a copy of the Eighth Circuit decision affirming the District Court Judgment dated December 7, 2005.

7. That attached as Exhibit D is a copy of the Eighth Circuit's denial of en banc review dated February 6, 2006

8. That the following costs were incurred by our office in defending this action:

**DEPOSITION AND WITNESS FEES**

| | | |
|---|---|---|
| A. | Deposition transcript fee for Jose Alonzo Corpus (Exhibit E) | $289.50 |
| B. | Deposition transcript fee for Tony Bennett (Exhibit F) | $128.25 |
| C. | Deposition transcript fee for Francisco Gomez (Exhibit G) | $431.75 |
| D. | Deposition transcript fee for Michael Taggart (Exhibit H) | $300.00 |
| E. | Deposition transcript fee for Vern Olmanson (Exhibit I) | $187.25 |

**TRANSCRIPT FEES UNDER FED. R. APP. P. 39(E)**

| | | |
|---|---|---|
| F. | Trial Transcript for Appeal (Ex. J) | $622.50 |

**EXEMPLIFICATIONS AND COPIES**

| | | |
|---|---|---|
| G. | Copies of medical records from District 1 Hospital (Exhibit K) | $95.46 |
| H. | Copies of medical records from Allina Medical Clinic (Exhibit L) | $17.29 |
| I. | Copies of medical records from Camino Community Center (Exhibit M) | $80.95 |

**DISBURSEMENTS FOR PRINTING**

| | | |
|---|---|---|
| J. | Copying Charges for Pleading, Motions and Discovery ($0.25 * 1133pages) | $283.25 |
| K. | Court Copying Costs for Domestic Abuse File (Exhibit N) | $40.00 |
| L. | Color Photos for Exhibits (Exhibit O) | $41.54 |
| M. | Copy Cost of Discovery Documents (Exhibit P) | $177.65 |

**WITNESS FEES**

| | | |
|---|---|---|
| Q. | Witness Fee for Dr. Vern Olmanson (Exhibit Q) | $50.00 |

**COURT FEES**

| | | |
|---|---|---|
| R. | Clerk fees (Exhibit R) | $45.00 |

**DOCKET FEES UNDER 28 U.S.C. 1923**

| | | |
|---|---|---|
| S. | Trial of Final Hearing 28 U.S.C. 1923(a) | $20.00 |
| T. | Deposition Fees Under 28 U.S.C. 1923(a) (5 depositions at $2.50) | $12.50 |

**INTERPRETER UNDER 28 U.S.C 1828**

Q. Interpreter Services for Deposition of Jose Corpus (Exhibit S) $163.00

**TOTAL: $2,985.89**

FURTHER THIS AFFIANT SAYETH NOT

s/Jason Kuboushek
Jason Kuboushek

Subscribed and sworn to before me
February 10, 2006.

s/Adam N. Olsen
Notary Public
(STAMP AND/OR SEAL)