UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit A is a true and correct copy of the Judgment in a Civil Case dated May 26, 2004.

AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Alonzo Corpus

V.

Tony Bennett

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-2060 DSD/SRN

- **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The jury's award of $75,000 is remitted. 2. Judgment be entered against defendant and in favor of plaintiff in the amount of one dollar ($1.00).

May 26, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk