UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus,

Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit B is a true and correct copy of Defendant's Rule 68 Offer of Judgment dated April 28, 2004.

UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Case No. CV 01-2060 DSD/JMM

Plaintiff,

vs. **RULE 68 OFFER OF JUDGMENT**

Tony Bennett,

Defendant.

---

TO: Plaintiff above named and his counsel of record, Ross L. Leuning, WALBRAN, FURNESS & LEUNING, 140 East Main Street, P.O. Box 273, Owatonna, MN 55060:

Defendant, by and through his attorneys, Jason J. Kuboushek and Jon K. Iverson, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby makes an Offer of Judgment in the amount of Twenty Five Thousand Dollars ($25,000.00). Said amount is exclusive of reasonable costs and attorney's fees incurred to date, but inclusive of all of plaintiff's claims, as set forth in plaintiff's Complaint, or otherwise available. This Rule 68 Offer is not to be construed as an admission of liability or culpability by the individual defendant above named, nor is it to be construed as an admission that plaintiff suffered any damages. Pursuant to Rule 68, if "the judgment finally obtained by the offeree is not more favorable than the offer, the offeree must pay the costs incurred after the making of the offer." Fed. R. Civ. P. 68. This Rule 68 Offer of Settlement is deemed confidential, unless accepted by plaintiff, pursuant to the terms of this Offer.

Dated: April 28, 2004.

IVERSON REUVERS, LLC

By______________________________

Jon K. Iverson, #146389
Jason J. Kuboushek, #0304037
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200

STATE OF MINNESOTA)
)ss. AFFIDAVIT OF SERVICE
COUNTY OF HENNEPIN)

Becky Eitreim, City of Savage, County of Scott, State of Minnesota, being duly sworn, says that on April 28, 2004, she served the annexed RULE 68 OFFER OF JUDGMENT on the below listed attorneys for the parties in this action, by sending via facsimile transmission and by mailing to them a copy thereof, enclosed in an envelope, postage prepaid, and by depositing the same in the post office at Bloomington, Minnesota, directed to said attorneys, at their last known addresses:

Ross L. Leuning
WALBRAN, FURNESS & LEUNING
140 East Main Street
P.O. Box 273
Owatonna, MN 55060
FAX: 507 451-8916

Becky Eitreim

SUBSCRIBED AND SWORN TO before
me on April 28, 2004.

Notary Public

JASON J. KUBOUSHEK
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005