UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit D is a true and correct copy of the Eighth Circuit Order Denying Petition for Rehearing En Banc dated February 6, 2006.

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 04-2603

| | | |
|---|---|---|
| Jose Alonzo Corpus, | * | |
| | * | |
| Appellant, | * | |
| | * | Order Denying Petition for |
| v. | * | Rehearing and for Rehearing |
| | * | En Banc |
| Tony Bennett, | * | |
| | * | |
| Appellee. | * | |

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Bye would grant the petition for rehearing en banc.

(5128-010199)

February 6, 2006

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit