UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit E is a true and correct copy of the invoice for the deposition of Jose Alonzo Corpus.

KINSELLA HARTIGAN & KELZER, INC.
632 WELLS FARGO MIDLAND BUILDING
401 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55401

IVERSON REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

JASON J. KUBOUSHEK, ESQ.

**INVOICE NO. :** **20402**
**INVOICE DATE:** **5/31/2001**
**REPORTER:**
Jeff Kelzer 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

**ID#:** *(612) 339-6132*

*Corpus vs. County of LeSueur, et al.*
*DEPO: JOSE ALONZO CORPUS*

| Date | Description | Amount |
|---|---|---|
| 5/18/2001 | Original & one transcript | |
| | Appearance | |
| | Exhibit Copies (Color) | |
| | Postage/Delivery | |
| | THANK YOU! | |
| | | 289.50 |
| | | 289.50 |
| | **Total Amount Due** | 0.00 |

**Please make check payable to the reporter and indicate invoice #.**