UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit F is a true and correct copy of the invoice for the deposition of Tony Bennett.

KINSELLA HARTIGAN & KE. .R, INC.
632 WELLS FARGO MIDLAND BUILDING
401 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55401

IVERSON REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

JASON J. KUBOUSHEK, ESQ

**INVOICE NO. :** **22935**
**INVOICE DATE:** **6/28/2002**
**REPORTER:**
Amy Rourke 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

**ID#:** *(612) 339-6132*

*CORPUS vs BENNETT*

*DEPOSITION OF TONY BENNETT*

| Date | Description | Amount |
|---|---|---|
| 6/17/2002 | Copy | |
| | Read & Sign | |
| | Exhibit Copies | |
| | ASCII Disk | |
| | Condensed Transcript | |
| | Postage/Delivery | |
| | THANK YOU! | |
| | | 128.25 |

**Total Amount Due** 128.25

**Please make check out to reporter and indicate invoice number.**