UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit G is a true and correct copy of the invoice for the deposition of Fancisco Gomez, M.D.

Benchmark Reporting Agency
501 Marquette Ave
Suite 1404
Minneapolis, MN 55402
(612) 338-3376 Fax (612) 338-5226

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 60101 | 05/12/2004 | 01-14540 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/11/2004 | FRANPA | CV 01-2060 DS |

**CASE CAPTION**

Jose Alonzo Corpus vs. Tony Bennett

**TERMS**

Net 30

John Iverson
Iverson Reuvers
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Francisco Gomez, M.D. | 67 Pages @ 5.25/Page | 351.75 |
| E-mail or E-transcript | | 30.00 |
| Litigation Support | | 25.00 |
| Delivery Charge | | 25.00 |
| | **TOTAL DUE >>>>** | **431.75** |
| | AFTER 06/11/2004 PAY | 496.51 |

Please take advantage of the prompt payment discount.
If paid within 30 days, please pay the lower amount.

WE OFFER ON-LINE SCHEDULING! Please visit our website at www.benchmark-reporting.com.

**TAX ID NO. :** 41-1224131

*Please detach bottom portion and return with payment.*

John Iverson
Iverson Reuvers
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

Invoice No.: 60101
Date : 05/12/2004
**TOTAL DUE : 431.75**
AFTER 6/11/2004 PAY : 496.51

Job No. : 01-14540
Case No. : CV 01-2060 DSD/SRN
Jose Alonzo Corpus vs. Tony Bennett

Remit To: **Benchmark Reporting Agency**
**501 Marquette Ave**
**Suite 1404**
**Minneapolis, MN 55402**