UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit H is a true and correct copy of the invoice for the deposition of Michael Taggart.

CAROL A. SUILMANN
COURT REPORTER
SUITE 307
3 CIVIC CENTER PLAZA
MANKATO, MINNESOTA 56001
TELEPHONE/FAX: (507) 625-7021

TAX ID NO. 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

May 7, 2004

Jon K. Iverson
Attorney at Law
9321 Ensign Avenue South
Bloomington, MN 55438

Re: Jose Corpus vs. Tony Bennett

---

Invoice No. 1821

May 5, 2004 - Furnishing one copy of the deposition of Michael Taggart and one 3 1/2" ASCII Disk. Copies of Taggart Exhibits 1-4 were not requested. Federal Express charges included.

Please remit: $300.00

Thank you.

Carol A. Suilmann

(1.5% per month service charge if not paid in 30 days)