UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus,

Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit I is a true and correct copy of the invoice for the deposition of Vern Olmanson.

KINSELLA HARTIGAN & KE___ER, INC.
204 UNION PLAZA BUILDING
333 WASHINGTON AVENUE NORTH
MINNEAPOLIS MN 55401

IVERSON REUVERS, LLC
9321 ENSIGN AVENUE SOUTH
BLOOMINGTON, MN 55438

JON K. IVERSON, ESQ.

**INVOICE NO. :** **27918**
**INVOICE DATE:** **5/07/2004**
**REPORTER:**
Jeff Kelzer 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

**ID#:** *(612) 339-6132*

*Jose Corpus vs. Tony Bennett*

| Date | Description | Amount |
|---|---|---|
| 5/06/2004 | DEPO: VERN OLMANSON, M.D.<br>Orig. & 1 Expert Transcript (EXP)<br>Appearance<br>Postage/Delivery<br>THANK YOU! | |
| | | 187.25 |
| | **Total Amount Due** | 187.25 |

**Please make check payable to JEFFREY G. KELZER**