UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit J is a true and correct copy of the invoice for the trial transcript.

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the District of Minnesota

**INVOICE** | **NUMBER** 62

**TO:**
Jason J. Kuboushek, Esq.
9321 Ensign Avenue South
Bloomington, MN 55438

**PHONE** 952-548-7200

**SOCIAL SECURITY NO.** 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

**MAKE CHECK PAYABLE TO:**
Lorilee K. Fink, RPR-CRR
300 South Fourth Street, #1005
Minneapolis, Minnesota 55415

**PHONE:** (612) 664-5105

## TRANSCRIPTS

☐ CRIMINAL ☑ CIVIL

DATE ORDERED: September 23, 2004

DATE DELIVERED: Nov. 8, 2004

IN THE MATTER OF (CASE NUMBER AND TITLE)
Jose A. Corpus vs. Tony Bennett #012060

## CHARGES

| **Category** | **ORIGINAL** | | | **1st COPY** | | | **ADDITIONAL COPIES** | | | **TOTAL CHARGES** |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price @ | Sub Total | Pages | Price @ | Sub Total | Pages | Price | Sub Total | |
| Ordinary | | | $ - | 750 | $ 0.83 | $ 622.50 | | | $ - | $ 622.50 |
| Expedited | | | $ - | | | | | | $ - | |
| Daily | | | $ - | | | $ - | | | $ - | $ - |
| Hourly | | | $ - | | | $ - | | | $ - | $ - |

For Proceedings on (Date): 5/12-19, 2004

| | |
|---|---|
| **TOTAL** | $ 622.50 |
| **Less Discount Rate for Late Delivery** | |
| **Less Amount of Deposit** | |
| **Total Refunded** | $ - |
| **Total Due** | $ 622.50 |

**ADDITIONAL INFORMATION**

Full Price may be charged only if the transcript is delivered witing the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF JUDICIAL COURT REPORTER

DATE November 8, 2004

(All previous editions of this form are cancelled and should be destroyed.)

**IVERSON REUVERS, LLC**
ATTORNEYS AT LAW
230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON, MINNESOTA 55438
PH. 952-548-7200

Associated Bank
Minnesota
www.associatedbank.com
17-127/910
1000022220

5475

11/23/2004

PAY TO THE ORDER OF Lorilee Fink $ **622.50

Six Hundred Twenty-Two and 50/100******************************************************************************************* DOLLARS

Lorilee Fink

MEMO:
Payment for Mr. Corpus' Trial Transcript LeSuer/Corpus

⑈005475⑈ ⑆091001270⑆ 1000022220⑈

Security features. Details on back.

**IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438** 5475

Lorilee Fink 11/23/2004

10031.0223 Trial Transcript for Mr. Corpus (LeSuer/Corpus) 622.50

Checking-Associated Bank Payment for Mr. Corpus' Trial Transcript LeSuer/Corpus 622.50