UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit K is a true and correct copies of the invoices for copies of medical records from District 1 Hospital.

**Pro-Tec**
P.O. Box 884
Faribault, MN 55021
EDERAL TAX I.D. NO. 41-1756317
TATE TAX I.D. NO. 1206608

uestions? Call (507) 334-6744

# INVOICE

№ 10379

(HOME OFFICE USE ONLY)

–

**SOLD TO**

Requested By: Jason J. Kuboushek
Account Name: Iverson, Reuvers, LLC
Address: 8585 West 78th St. #230
City: Bloomington State: Mn Zip: 55438

CHARGES EXCEEDING $50.00 MUST BE PRE-APPROVED
Approved by
Position
Amount Date
Time Phone

| INVOICE DATE | SITE NUMBER | AREA NUMBER | REP NUMBER |
|---|---|---|---|
| 12/06/01 | 101 | 1A | 817 |

Basic Fee
Per Page Fee: Micro ____ Paper .99
Page Count: Micro ____ Paper 13

Copies From: District One Hosp
Patient Name: Corpus, Jose (Last, First)
Insured Name ____
Employer Name ____ DOB __/__/__

❑ Claim #
❑ Plan # ____
❑ Policy #
❑ Certificate # ____
❑ Case #
☑ File # 10031.0223
❑ Provider #
❑ Subscriber # ____
❑ S.S. #
❑ I.D. # ____
❑ Group #
❑ Control # ____

☑ Attorney
❑ Insurance
❑ Subpoena
❑ Worker's Comp.
❑ Disability/Social Security
❑ Other ____

(1) Photocopy Charge .... 12.87
(Basic + Per Page Fees)
(2) Facility's Retrieval / Search Fee......... 13.05
(3) Certification - Notorization........ 3.00
(4) Shipping/Handling .... 1.03
(5) Sub Total ........... 29.95
(Add lines 1, 2, 3 & 4)
(6) Sales Tax........... 1.95
(% x line 5)
Total Charges......... 31.90
(add lines 4 and 5)
Minus Payment....... ( )
Balance Due......... 31.90

Make Payable to: Pro-Tec

TERMS & SERVICE CHARGES
Invoices not paid within 30 days may be subject to a service charge of 1.5% per month. (18% per annum)

**Pro-Tec**
P.O. Box 884
Faribault, MN 55021
)ERAL TAX I.D. NO. 41-1756317
\TE TAX I.D. NO. 1206608

ɘstions? Call (507) 334-6744

# INVOICE

12472

(HOME OFFICE USE ONLY)

—

| | |
|---|---|
| Requested By: | Jason Kuboushek |
| Account Name | Iverson Reuvers, LLC |
| Address | 8585 W. 78th St. #230 |
| City | Bloomington State Mn. Zip 55438 |

CHARGES EXCEEDING $50.00 MUST BE PRE-APPROVED

Approved by
Position
Amount Date
Time Phone

| INVOICE DATE | SITE NUMBER | AREA NUMBER | REP NUMBER |
|---|---|---|---|
| 10/28/02 | 101 | 1A | 3-2 |

| | | |
|---|---|---|
| Basic Fee | | |
| Per Page Fee | Micro ___ | Paper 1.03 |
| Page Count | Micro ___ | Paper 39 |

Copies From District 1 Hosp.
Patient Name Curpus, Jose (Last, First)
Insured Name
Employer Name ________ DOB __/__/__

❑ Claim #
❑ Plan #
❑ Policy #
❑ Certificate #
❑ Case #
☒ File # 10031.0223
❑ Provider #
❑ Subscriber #
❑ S.S. #
❑ I.D. #
❑ Group #
❑ Control #

☒ Attorney
❑ Insurance
❑ Subpoena
❑ Worker's Comp.
❑ Disability/Social Security
❑ Other

| | | |
|---|---|---|
| (1) | Photocopy Charge . . . . (Basic + Per Page Fees) | 40.17 |
| (2) | Facility's Retrieval / Search Fee. . . . . . . . . | 13.55 |
| (3) | Certification - Notorization. . . . . . . . | 3.75 |
| (4) | Shipping/Handling . . . . | 2.21 |
| (5) | Sub Total . . . . . . . . . . . (Add lines 1, 2, 3 & 4) | 59.68 |
| (6) | Sales Tax. . . . . . . . . . . (% x line 5) | 3.88 |
| | Total Charges. . . . . . . . (add lines 4 and 5) | 63.56 |
| | Minus Payment. . . . . . . | ( ) |
| | Balance Due. . . . . . . . . | 63.56 |

Make Payable to: Pro-Tec

TERMS & SERVICE CHARGES
Invoices not paid within 30 days may be subject to a service charge of 1.5% per month. (18% per annum)