UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus,

Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit L is a true and correct copy of the invoice for copies of medical records from Allina Medical Clinic.

**CopyMed, Inc.**
6875 Highway 65 NE, Fridley, MN 55432
Phone: (763) 572-0802 Fax: (763) 572-0902

**Medical Record Services**

**Invoice No:** 1155229
**Invoice Date:** 05/21/2003

To: JASON J KUBOUSHEK
IVERSON REUVERS ATTORNEYS AT LAW
8585 W 78TH ST STE 230
BLOOMINGTON, MN 55438

Include Invoice Number On Your Check and Make Checks Payable to:
CopyMed, Inc.

Federal I.D. Number: 41-1555449

Invoice for photocopies of medical records from:

ALLINA MEDICAL CLINIC ST PETER

Copied: 05/21/2003

NUMBER OF PAGES SENT: 2

| | |
|---|---|
| PHOTOCOPY CHARGE | $2.10 |
| SEARCH/RETRIEVAL FEE | $13.79 |
| POSTAGE | $0.37 |
| SALES TAX | $1.03 |
| CERTIFICATION FEE | $0.00 |
| ITEMIZED STMT/PHOTO FEE | $0.00 |
| LESS: CHECK # | |
| BALANCE DUE | $17.29 |

Patient Information:

Name: JOSE CORPUS

Social Security No: 525 55 3010

Birth Date: 06/14/1972

Claim No:

File No: 10031.0223 LeSueur

Admit Date: ALL

BALANCE DUE UPON RECEIPT

INVOICE NO.: 1155229

*For your convenience we now accept VISA and Mastercard.*
*Please call (763) 572-0802*

OUR GOAL: "To provide professional assistance and quality services and goods to satisfy the needs of our customers."

Our customer service representatives are here to address your questions. Please call us at
(763) 572-0802