UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit M is a true and correct copy of the invoice for copies of medical records from Camino Community Center.

CAMINO REAL COMMUNITY MHMR CENTER
19965 F.M. 3175 NORTH, P.O. BOX 725, LYTLE, TX 78052

August 10, 2001

**Board of Trustees**

Bob Hurley, Chairman
Atascosa County

Marie Skaggs, Vice Chairman
Wilson County

Adrian Lopez, Secretary
LaSalle County

Raul Benavides, Treasurer
Maverick County

Judge Pablo Avila
Zavala County

Judge Carlos A. Garcia
Frio County

Judge Charles D. Johnson
Dimmit County

Judge Alfred Pawelek
Karnes County

Mr. George Miles
McMullen County

**To:** Iverson Reuvers, LLC
230 Townline Plaza
Bloomington, Minnesota 55438

**Re:** Jose Alonzo Corpus
D.O.B: 6/14/72

We received your request for records along with the signed Authorization for release of Medical Information for the above-mentioned consumer.

Charge fee for processing copies are as follows:

1. For the first ten pages of copies-$30.00
2. $.50 per page for the 11th page through the 105th page of copies-$47.00
3. Actual postage and handling-$3.95
4. Total charges-$80.95

Please remit **<u>$80.95</u>** payable to **Camino Real Community MHMR/ Maverick MH Center** for a total of 105 pages plus cost for mailing copies, pursuant to the Texas Health and Safety Code Ann., 241.154, charges for copies of Medical Records.

Upon receiving the processing fee we will mail your request for records. If we can be of further assistance, please call me at (210) 357-0332.

Sincerely,

Tracy Bellamy

Tracy Bellamy
Q.M. Specialist

To Shawn to pay 8/29/01

R.