UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit N is a true and correct copy of the check used to pay for copies of domestic abuse files from the court.

IVERSON REUVERS, LLC
ATTORNEYS AT LAW
230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON, MINNESOTA 55438
PH. 952-548-7200

Associated Bank
Minnesota
www.associatedbank.com
17-127/910
1000022220

4769

1/15/2004

PAY TO THE ORDER OF Court Administrator $ **40.00

Forty and 00/100**************************************************************************************** DOLLARS

Court Administrator

Security features. Details on back.

MEMO: Corpus domestic abuse files

⑈004769⑈ ⑆091001270⑆ 1000022220⑈

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438 4769

| | | | |
|---|---|---|---|
| Court Administrator | | 1/15/2004 | |
| | Domestic Abuse files | | 40.00 |

Checking-Associated Bank Corpus domestic abuse files 40.00

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438 4769

| | | | |
|---|---|---|---|
| Court Administrator | | 1/15/2004 | |
| | Domestic Abuse files | | 40.00 |

Checking-Associated Bank Corpus domestic abuse files 40.00

McBEE TO REORDER 1 800 662-2331 MLT103C-1 01029822742001 010406161183