UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit P is a true and correct copy of the invoice for copies of discovery documents.

**XACT Duplicating Services**

Sharon

5/19

**INVOICE**

Xact Duplicating Services - MNMN
Phone: 612-305-1330
400 Second Ave S.
Suite 1000
Minneapolis, MN 55401

Invoice Number: 04-54479
Invoice Date: 05/04/04
Customer ID: 04IVERSON
Page: 1

Bill To: Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

Ship To: Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 05/04/04 |
| Due Date | 05/19/04 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | ~~John Iverson~~ |
| P.O. Number | 04-27290 |
| P.O. Date | 05/04/04 |
| Case Number | SEE BELOW |
| SalesPerson | Erich Graumann |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5000 | Copy Litigation | Each Item | 1,179 | 165.06 |
| SUPP3100 | Supplies Index Tabs | Each Item | 7 | 1.75 |

Case [redacted] /
[redacted]
10031.0223 LeSueur/Corpus

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax |
|---|---|
| 166.81 | 0.00 |

| | |
|---|---|
| Subtotal: | 166.81 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 10.84 |
| Total: | 177.65 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:____________________ Date:____________