UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit Q is a true and correct copy of the check used to pay Vern Olmanson's witness fee.

IVERSON REUVERS, P
ATTORNEYS AT LAW
230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON, MINNESOTA 55438
PH. 952-548-7200

Associated Bank
Minnesota
www.associatedbank.com
17-127/910
1000022220

4989

MP

4/28/2004

PAY TO THE ORDER OF Dr. Vern Olmanson $ **50.00

Fifty and 00/100************************************************************************************************ DOLLARS

Security features. Details on back.

Dr. Vern Olmanson

MEMO: Witness fee

⑈004989⑈ ⑆091001270⑆ 1000022220⑈

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438

4989

Dr. Vern Olmanson 4/28/2004

Witness fee 50.00

Checking-Associated Bank Witness fee 50.00

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438

4989

Dr. Vern Olmanson 4/28/2004

Witness fee 50.00

LeSueur / Hanson

Checking-Associated Bank Witness fee 50.00

McBEE TO REORDER 1 800 662-2331 MLT103C-1 01029822742001 010406161183