UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit R is a true and correct copy of the check used to pay fees assessed by the clerk of court.

**IVERSON REUVERS, LLC**
ATTORNEYS AT LAW
230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON, MINNESOTA 55438
PH. 952-548-7200

Associated Bank
Minnesota
www.associatedbank.com
17-127/910
1000022220

4970

4/20/2004

PAY TO THE ORDER OF Clerk of Court $ **45.00

Forty-Five and 00/100************************************************************************************************ DOLLARS

Security features. Details on back.

Clerk of Court
700 Federal Building
316 North Robert St.
St. Paul, Mn. 55101

MEMO: Jose Corpus file

⑈004970⑈ ⑆091001270⑆ 1000022220⑈

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438

| | | | | |
|---|---|---|---|---|
| Clerk of Court | | | | 4970 |
| | Federal file | 4/20/2004 | | |
| | | | 45.00 | |

Checking-Associated Bank Jose Corpus file 45.00