UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs.

Tony Bennet,

Defendant.

---

Attached as exhibit S is a true and correct copy of the invoice for interpreter services for the deposition of Jose Corpus.

MINNESOTA COUNTIES INSURANCE TRUST
PROPERTY AND CASUALTY DIVISION
125 CHARLES AVENUE, ST. PAUL, MN 55103

Date Issued
6/ 6/2001

Check No. 27762
WELLS FARGO BANK

75-46
919

Payee: IVERSON REUVERS LLC

| Insured | Claimant Name / Service Date(s) | Account Number | Claim Number / Loss Date | Amount |
|---|---|---|---|---|
| LE SUEUR COUNTY | CORPUS, JOSE | | 102000006575 | |
| | YOUR FILE 10031.0223 | | 11/18/1995 | 163.00 |

In payment of
Your invoice #
2001-0796

CHECK TOTAL: 163.00

THE FACE OF THIS DOCUMENT HAS A COLORED, MULTI-TONE BACKGROUND AND WILL INDICATE VOID WHEN PHOTOCOPIED

MINNESOTA COUNTIES INSURANCE TRUST
PROPERTY AND CASUALTY DIVISION
125 CHARLES AVENUE, ST. PAUL, MN 55103

VOID AFTER SIX MONTHS

| CHECK DATE | CHECK NO. |
|---|---|
| 6/ 6/2001 | 27762 |

CHECK AMOUNT
*******$163.00

PAY TO THE ORDER OF:
IVERSON REUVERS LLC

PAY ONLY ONE SIX THREE 00 CTS

ONE HUNDRED SIXTY-THREE DOLLARS AND 00 CENTS **********

IVERSON REUVERS LLC

230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON MN 55438

VOID OVER $162.00

⑈00027762⑈ ⑆091900465⑆ 20146⑈