UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose Alonzo Corpus, Court File No: 01-2060 (DSD/SRN)

Plaintiff,

vs. **CERTIFICATE OF SERVICE**

Tony Bennet,

Defendant.

---

I hereby certify that on February 10, 2006, I caused the following documents:

Defendant Tony Bennett's Bill of Costs and Affidavit of Taxable Costs and Identification.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Paul Engh
Ross L. Leuning

IVERSON REUVERS

Dated: February 10, 2006

By__s/Jason J. Kuboushek________
Jon K. Iverson, #146389
Jason J. Kuboushek, #304037
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200