**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

RECEIVED
FEB 28 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**DATE:** February 23, 2006

RE: 04-2603 Jose Corpus vs. Tony Bennett

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: Transcript: 6 vols.

Deposition: Sealed:

Exhibits:

Other:

[x] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-2060 DSD/SRN

jjf

SCANNED
FEB 28 2006
U.S. DISTRICT COURT MPLS