CV# 01-2060 ADM/AJB

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 04-2603

| | | |
|---|---|---|
| Jose Alonzo Corpus, | * | |
| Appellant, | * | Appeal from the United States |
| v. | * | District Court for the |
| Tony Bennett, | * | District of Minnesota |
| Appellee. | * | |

Appellee shall recover from the appellant the sum of $295.75 as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

February 17, 2006

Order Entered Under Rule 27B(a):

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
FEB 27 2006
U.S. DISTRICT COURT MPLS

----------------------VIA TRANSMISSION------------------------

United States Court of Appeals for the Eighth Circuit
Circuit Clerks Office
Voice: 314-244-2400 Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed. If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.

-----------------------------------------------------------------

IVERSON REUVERS
ATTORNEYS AT LAW

JASON J. KUBOUSHEK
DIRECT 952.548.7206
JKUBOUSHEK@IVERSONLAW.COM

FILED BY U.S. MAIL
2006 FEB 27 AM 9:35
U.S. DIST COURT
MINNEAPOLIS, MN

JON K. IVERSON
PAUL D. REUVERS
JEFF M. ZALASKY
JASON J. KUBOUSHEK
MARK S. BROWN
PAMELA J.F. WHITMORE
JASON M. HIVELEY
SUSAN M. TINDAL
JEFFREY A. EGGE

February 23, 2006

Clerk of Court
UNITED STATES DISTRICT COURT
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Jose Corpus v. LeSueur County
Court File No: CV 01-2060 ADM/AJB
8th Cicuit File No: 04-2603

Dear Clerk:

Enclosed please find a copy of the Eighth Circuit order awarding Defendant Tony Bennett $295.75 in taxable costs on appeal. Please enter this judgment as an attachment to Defendant's Bill of Costs which is already filed as docket number 84.

Yours truly,

IVERSON REUVERS

Jason J. Kuboushek
JJK:ano

Enclosure