**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jose Alonzo Corpus,

Plaintiff, Civil No. 01-2060 (DSD/SRN)

v.

Tony Bennett,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $45.00 | $45.00 |
| Fees of the Court Reporter | $899.10 | $899.10 |
| Fees and Disbursements for Printing | $193.70 | $193.70 |
| Fees for Witnesses | $50.00 | $50.00 |
| Fees for Exemplification and Copies | $542.44 | $542.44 |
| Docket Fees under 28 U.S.C. § 1923 | $32.50 | $32.50 |
| Costs as Shown on Mandate of Court of Appeals | $295.75 | $297.75 |
| Compensation of Interpreters under 28 U.S.C. § 1828 | $163.00 | $163.00 |
| TOTAL: | $3,015.64 | $3,015.64 |

Costs, therefore, are taxed in the sum of Three Thousand Fifteen and 64/100 Dollars ($3,015.64) in favor of Defendant Tony Bennett and against Plaintiff Jose Alonzo Corpus, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of May 25, 2006.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk